UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

**UNITED STATES OF AMERICA**

vs.   Case No.3:04-cr-137-J-12TEM

**RODGER CHARLES CHRISTY**

---

### ORDER

This cause is before the Court on the "Petitioner's Request for an Order of Judicial Recommendation Pursuant to 18 U.S.C. 3624 [sic] and Bureau of Prisons Policy Statement 7310.04 Which Authorizes Placement of Petitioner to [sic] Six Months Home Confinement and Six Months Halfway House Placement" (Doc.47), filed July 3, 2007. The Defendant seeks a recommendation from the Court to the Bureau of Prisons that he be allowed to serve the last twelve months of his sentence in a halfway house and on home confinement to provide him with an opportunity to adjust to and prepare for re-entry into the community.

The Court has reviewed the Defendant's pre-sentence investigation report and declines to make such recommendation based upon the Defendant's lengthy criminal history, and other information contained therein.  There do not appear to be any other factors warranting the Court to intervene, and the Defendant should seek any further relief through the Bureau of Prisons.   Accordingly, it is

**ORDERED AND ADJUDGED:**

That "Petitioner's Request for an Order of Judicial Recommendation Pursuant to 18 U.S.C. 3624 [sic] and Bureau of Prisons Policy Statement 7310.04 Which Authorizes

Placement of Petitioner to [sic] Six Months Home Confinement and Six Months Halfway House Placement" (Doc.47) is denied.

    **DONE AND ORDERED** this \_\_\_19TH\_\_\_ day of July 2007.

                                                          *Howell W. Melton*
                                      **SENIOR UNITED STATES DISTRICT JUDGE**

Copies to:
AUSA (Talbot)
Donald Mairs, Esq.
U.S. Probation (Owens)