UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

**UNITED STATES OF AMERICA**

vs.  Case No.3:04-cr-137-J-12TEM

**RODGER CHARLES CHRISTY**

___

## ORDER

This cause is before the Court on "Petitioner's Request for an Order of Judicial Recommendation..." (Doc. 51), filed March 21, 2008. The Defendant seeks a recommendation from the Court to the Bureau of Prisons (BOP) that he be allowed to serve the last twelve months of his sentence in a halfway house and on home confinement to provide him with an opportunity to adjust and to prepare for re-entry into the community.

BOP Policy Statement 7310.04(9)(a)(1), cited by the Defendant, indicates that placement of an inmate in a Community Corrections Center (CCC) for greater than 180 days is "highly unusual, and only possible with extraordinary justification." When such circumstances exist, "the Warden shall contact the Regional Director for approval and the Chief USPO in the inmate's sentencing district to determine whether the sentencing judge objects to such placement."

The Defendant's motion is silent regarding any extraordinary justification for such placement and does not indicate whether or how he has attempted to establish extraordinary justification for such placement with the Bureau of Prisons. Moreover, the Defendant has not indicated that the Warden has sought or obtained the approval of the Regional Director for such placement, and as of the date of this Order, the Court has

received no inquiry from the Warden to determine whether the Court has any objection to such placement as is required by the Bureau of Prisons Policy Statement.

It appears that the Defendant is attempting to seek a recommendation from the Court in order to make a case for such placement with the Bureau of Prisons. The Court has reviewed the Defendant's pre-sentence investigation report and declines to make such recommendation based upon the Defendant's lengthy criminal history, and other information contained therein. Accordingly, it is

**ORDERED AND ADJUDGED**:

That "Petitioner's Request for an Order of Judicial Recommendation..." (Doc. 51) is denied.

**DONE AND ORDERED** this  9TH  day of April 2008.

*Howell W. Melton*
SENIOR UNITED STATES DISTRICT JUDGE

Copies to:
AUSA
Defendant FCI-Marianna